THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 South Carolina
 Department of Social Services, Respondent,
    v.
 Kimberly R. and
 Everette M. Defendants,
 Of Whom Everette
 M. is the Appellant.
 In the
 interest of a minor child under the age of 18.
 
 
 

Appeal From York County
Robert E. Guess, Family Court Judge
Unpublished Opinion No.  2009-UP-102
Submitted January 2, 2009  Filed February
 27, 2009
AFFIRMED

 
 
 
 Chadwick  Smith, of Rock Hill, for Appellant.
 David E. Simpson, of York, for Respondent.
 
 
 

PER CURIAM: Everette
 M. appeals from the family court's order
 terminating his parental rights to his minor child.  S.C. Code Ann. § 63-7-2570 (Supp. 2008). 
 Upon a thorough review of the record and the family court's findings of fact
 and conclusions of law, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly,
 we affirm the family court's ruling and relieve counsel. 
AFFIRMED.[1] 
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.